# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

July 12, 2019

**VIA ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  **United States v. Joseph Hoats**
     19 Cr. 067 (PGG)

Dear Judge Gardephe:

Pursuant to 18 U.S.C. § 4285, I respectfully request that Your Honor endorse the enclosed order directing the U.S. Marshals Service to arrange for and fund Mr. Hoat's travel between Corona, California and New York, New York for his court appearance on July 18, 2019, and a return trip after his court appearance is complete. As detailed in the enclosed order, I request that Your Honor order the Marshals to book an overnight flight departing on July 16 and arriving the morning of July 17 so I may meet with Mr. Hoats at my office the day before his court appearance. Mr. Hoats is indigent and qualifies for this relief under section 4285 of 18 U.S.C.

Thank you for consideration of this request.

Respectfully submitted,

/s/
Amy Gallicchio
Assistant Federal Defender
(212) 417-8728

cc:   AUSA Nicholas Chiuchiolo (by e-mail)

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA            :   **TRANSPORTATION ORDER**

        - v -                       :   19 Cr. 067 (PGG)

JOSEPH HOATS,                       :

                Defendant.          :

------------------------------------x
```

Upon the application of **Joseph Hoats**, by his attorney, **Amy Gallicchio, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Joseph Hoats with funds to cover the cost of travel from any appropriate airport in the area of Corona, California, to any appropriate airport in the greater New York area, to depart on Tuesday, July 16, 2019 at 8:00pm or later and arrive in New York no later than Wednesday, July 17, 2019 at 8:00am; as well as Mr. Hoat's return trip to Corona, California after his court appearance on Thursday, July 18, 2019 at 11:00am, and it is hereby further

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated: New York, New York        **SO ORDERED:**
       July __, 2019

                                 _____
                                 HONORABLE PAUL G. GARDEPHE
                                 United States District Judge