UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JOSEPH HOATS

Defendant.

**ORDER**

19 Cr. 67 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference in this action previously scheduled for **October 15, 2020 at 10:00 a.m.** is adjourned sine die as to Defendant Hoats only, and that the deadline for pretrial motions is adjourned to **October 28, 2020** as to Defendant Hoats only.

Upon the application of Joseph Hoats, by and through his attorney Amy Gallicchio, and with the consent of the United States of America, by and through its counsel, Assistant United States Attorney Nicholas Chiuchiolo, it is further ORDERED that the time from October 15, 2020 through October 28, 2020 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The ends of justice served by the granting of this continuance outweigh the interest of the public and the Defendants in a speedy trial, because it will permit the parties to schedule a change of plea hearing.

Dated: New York, New York
       October 13, 2020

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge