UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x
                                      :
UNITED STATES OF AMERICA              :    **SUPERSEDING INFORMATION**
                                      :
        - v. -                        :    S1 19 Cr. 67 (PGG)
                                      :
JOSEPH HOATS,                         :
                                      :
                Defendant.            :
                                      :
- - - - - - - - - - - - - - - - - - - x

## COUNT ONE

### (Perjury)

The Acting United States Attorney alleges:

1. On or about May 2, 2017, in the Southern District of New York and elsewhere, JOSEPH HOATS, the defendant, in a declaration, certificate, verification, and statement under penalty of perjury as permitted under Title 28, United States Code, Section 1746, willfully subscribed as true a material matter that he did not believe to be true, to wit, in a declaration filed with the United States District Court for the Southern District of New York, in connection with *In re General Motors LLC Ignition Switch Litigation*, 16 Cv. 07 (JMF), HOATS made the following false statements, among others:  (a) "Since I had no access to josephhoats.hoatslaw@gmail.com, I was not monitoring same and could not know to monitor this particular email account"; and (b) "I had no urgent reason to be checking my Hotmail account for a large part of the calendar year of 2016

and 2017 to date, prior to the revelation of my alleged representation of Plaintiffs in this instant action."

(Title 18, United States Code, Sections 1621 and 2.)

_____
AUDREY STRAUSS
Acting United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**v.**

**JOSEPH HOATS,**

**Defendant.**

<u>**SUPERSEDING INFORMATION**</u>

S1 19 Cr. 67 (PGG)

(18 U.S.C. §§ 1621 and 2.)

AUDREY STRAUSS
Acting United States Attorney.