UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>          -against-<br><br>JOSEPH HOATS,<br><br>                    Defendant. | **ORDER**<br><br>19 Cr. 67 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      WHEREAS, with the Defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on October 30, 2020;

      WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

      WHEREAS upon review of that transcript, this Court has determined that the Defendant entered his guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

      IT IS HEREBY ORDERED that the Defendant's guilty plea is accepted.

Dated: New York, New York
       November 10, 2020

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge