# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 13, 2020

**VIA ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Joseph Hoats**
    **19 Cr. 067 (PGG)**

Dear Judge Gardephe,

      The sentencing hearing in the above captioned matter is currently scheduled for March 1, 2021. Due to scheduling conflicts during the upcoming Thanksgiving holiday, after consultation with the assigned Probation Officer, I write to respectfully request an extension of the related sentencing deadlines as follows:

1. Presentence interview from November 25, 2020 to December 17, 2020.
2. First disclosure of the presentence report from December 23, 2020 to January 11, 2021.
3. Second disclosure from January 21, 2021 to February 8, 2021.
4. Defense submission from February 8, 2021 to February 15, 2021.
5. Government submission from February 15, 2021 to February 22, 2021.

      Respectfully submitted,

      /s/ *Amy Gallicchio*
      _____
      Amy Gallicchio, Esq.
      Assistant Federal Defender
      (917) 612-3274

CC: AUSA Nicholas Chiuchiolo

MEMO ENDORSED:
The Application is Granted.
Presentence interview is due Dec.17, 2020;
First disclosure of the presentence report is due Jan.11, 2021;
Second disclosure is due Feb. 8, 2021;
Defense submission is due Feb.15, 2021; and
Government submission is due Feb.22, 2021.

SO ORDERED.

*Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge

Dated: November 16, 2021