UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

– v.–

JOSEPH HOATS,

        Defendant.

**ORDER**

19 Cr. 67 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Defendant Joseph Hoats' conditions of release are modified to permit Hoats to relocate to, and reside in, the Northern District of Illinois at the home of his daughter in Park Ridge, Illinois.

      The Pretrial Services Office is directed to transfer Defendant Hoats' supervision from the Central District of California to the Northern District of Illinois.

Dated: New York, New York
       December 15, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge