UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOSEPH HOATS,

Defendant.

**ORDER**

19 Cr. 67 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing currently scheduled for March 1, 2021 will take place on **May 3, 2021 at 3:00 p.m.**  Any submissions on behalf of the Defendant are due **April 8, 2021**, and any submission by the Government is due on **April 15, 2021**.

Dated: New York, New York
       February 10, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge