# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Southern District
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.

Dated: March 19, 2021

March 18, 2021

**VIA ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States of America v. Joseph Hoats**
      19 Cr. 067 (PGG)

Dear Judge Gardephe,

    I write, with no objection from Pretrial Services, to request a temporary modification of Mr. Hoats' conditions of release to allow him to travel to Athens, Tennessee to visit family. The Government defers to the recommendation of Pretrial Services.

    As the Court will recall, Mr. Hoats moved to Illinois to live with his daughter and her husband in order to help care for their children, his grandchildren. He is supervised in the district of his residence and is in full compliance with his conditions of release.

    With the Court's approval, Mr. Hoats will travel by car to Tennessee on March 29, 2021 with his daughter, her husband and their children and return on April 3, 2021. Mr. Hoats will provide his Pretrial Services Officer with the required travel documentation, accommodations information and itinerary.

Respectfully submitted,

/s/ *Amy Gallicchio*
_____
Amy Gallicchio, Esq.
Assistant Federal Defender
(917) 612-3274

CC:   AUSA Nicholas Chiuchiolo
      AUSA Jun Xiang
      John Moscato, Pretrial Services Supervisor