UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | **ORDER** |
| JOSEPH HOATS, | 19 Cr. 67 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing scheduled for **May 3, 2021** is adjourned to **May 7, 2021 at 2:00 p.m.**

With the consent of the Defendant, the sentencing will proceed by teleconference. The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the sentencing by dialing the same number and using the same access code. The parties should call in at the scheduled time and wait on the line for their case to be called. At that time, the Court will un-mute the parties' lines. No later than May 6, 2021 at 5:00 p.m., the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the sentencing so that the Court knows which numbers to un-mute. The email should include the case name and case number in the subject line.

Dated: New York, New York
      May 3, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge