UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOSEPH HOATS,

Defendant.

**ORDER**

19 Cr. 67 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing currently scheduled for May 7, 2021 at 2:00 p.m. will now take place on **May 7, 2021 at 4:00 p.m.**

Dated: New York, New York
May 5, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge